AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| JUDY W. GARRISS,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br>*Acting Commissioner of the Social*<br>*Security Administration,*<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:12-CV-187-D** |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that the Consent Motion to Remand [D.E. 18] is GRANTED. The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and REMANDS the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 26, 2013,** WITH A COPY TO:

Elizabeth F. Lunn  (via CM/ECF Notice of Electronic Filing)
Mary Ellen Russell (via CM/ECF Notice of Electronic Filing)

March 26, 2013                                     JULIE A. RICHARDS, Clerk
Date                                               Eastern District of North Carolina

                                                   /s/Debby Sawyer
                                                   (By) Deputy Clerk

Raleigh, North Carolina